August 28, 2008

**Callahan Lawyers Service**
50 Main Street
P.O. Box 632
Hackensack, NJ, 07602
(201) 489-2245 , (201) 489-8093 Fax

**RETURN SERVICE REQUESTED**

# Invoice

CORY WATSON CROWDER & DEGARIS, P.C.
2131 MAGNOLIA AVE.
BIRMINGHAM AL 35205

205-328-2200 Business
-------<

Reference Job **#40351** when remitting.

## PERSONAL

Process Service Fee (1 Address, 1 Affidavit, Non-Rush) $75.00

ROSELA A. MERACLE AND WILLIAM OSBORNE vs
MERCK & CO., INC.,

Total Service Fees : $75.00
Amount Received: $75.00
Amount Due: $0.00

**Docket/Case Number: 08 CIV 6923**
SUMMONS, COMPLAINT AND JURY TRIAL DEMAND
**MERCK & CO., INC.**

Completed Personal Service to JOAN DEARBORN,
PARA-LEGAL , Agent in Charge on
August 27, 2008 at 11:04 AM,
at: MERCK & CO., INC., 1 MERCK DRIVE, WHITEHOUSE
STATION, NJ 08889
by JAMES REAP, Process Server

Sex: **Female** Skin: **White** Hair: **Brown** Height: **5' 9"** Weight: **140-150 lbs** Age: **50** Other: **glasses**

There is no balance due:    **$0.00**

Thank You!!
We appreciate your business!
**Our Tax ID: 22-2868766**

REMINDER
Callahan Lawyers Service can serve all of your process, including Summons and Complaints, locally,
nationally, and internationally.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Rosela A. Meracle and William Osborne

V.

Merck & Co., Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 6923

TO: (Name and address of Defendant)

Merck & Co., Inc.
One Merck Drive
P.O. Box 100, WS3AB-05
Whitehouse Station, NJ 08889-0100

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Annesley H. DeGaris
Cory Watson Crowder & DeGaris
2131 Magnolia Avenue, STE 200
Birmingham, AL 35205
Telephone: 205-328-2200
Facsimile: 205-324-7896
Email: adegaris@cwcd.com; jsisson@cwcd.com;
mhammond@cwcd.com; and asapone@cwcd.com

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG - 1 2008

CLERK _[signature]_    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August 27, 2008 |
| NAME OF SERVER (PRINT) James Reap | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By delivering and leaving documents with Joan Dearborn, Para-legal, person authorized to accept service on behalf of Merck + Co., Inc. at 1 Merck Drive Whitehouse Station, NJ 08889

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8/28/08
                Date           Signature of Server

                             50 Main St. Hackensack, NJ 07601
                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.